

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Christine Manuelian*  *Suite 400*  DIRECT: 410-209-4852
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christine.Manuelian@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-9293

June 25, 2014

Honorable J. Frederick Motz
Senior United States District Judge
District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

    Re:    *United States v. Kamran Ashfaq Malik and Waleed Aftab*
            Criminal No. JFM-14-0075

Dear Judge Motz:

    As requested by the Court, I am submitting the following letter to advise the Court on the status of the above-captioned matter.  The parties respectfully request an additional thirty days in which to report back to the Court.  There is a significant likelihood that this case may be resolved during that period of time.

    The parties request that another status update be set for July 25, 2014.  Thank you for your patience and consideration of our request.

                                      Very truly yours,

                                      Rod J. Rosenstein
                                      United States Attorney

                        By:        /s/
                               Christine Manuelian
                               Assistant United States Attorney

Cc:  by CM/ECF
      Joseph Gigliotti, Esquire
      Alan Bussard, Esquire